UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Precious Okereke, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:17-CV-10220-GAO |
| | * |
| Priscilla Foley et al | * |
| | * |
| Defendant. | * |

ORDER OF DISMISSAL

June 30, 2017

O'Toole, D.J.

Pursuant to the Court's Opinion and Order [9] GRANTING the defendant's Motion to Dismiss [4], this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge